UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| URAY, TACETTIN M ) | Case No. 05-06420-SQU | |
| URAY, KAREN A ) | | |
| Debtor(s). ) | Hon. JOHN H. SQUIRES | |

## PROPOSED DISTRIBUTION REPORT

    I, GINA B. KROL, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $3,605.89 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $8,137.72 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $11,743.61 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,605.89 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Gina B. Krol Trustee Compensation | $1,926.97 | $1,926.97 |
| | Cohen & Krol Attorney for Trustee Fees | $1,666.50 | $1,666.50 |
| | Cohen & Krol Attorney for Trustee Expenses | $12.42 | $12.42 |
| | **CLASS TOTALS** | **$3,605.89** | **$3,605.89** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 209,148.58 | 3.89 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000006 | Bank Of America Na (Usa) Payments to Unsecured Credit Card Holders | $2,136.59 | $83.13 |
| 000007 | Bank Of America Na (Usa) Payments to Unsecured Credit Card Holders | $13,035.87 | $507.21 |
| 000008 | Bank Of America Na (Usa) Payments to Unsecured Credit Card Holders | $16,712.54 | $650.26 |
| 000003 | Chase Bankusa,na Payments to Unsecured Credit Card Holders | $10,271.22 | $399.64 |
| 000004 | Chase Bankusa,na Payments to Unsecured Credit Card Holders | $14,343.81 | $558.10 |
| 000005 | Chase Bankusa,na Payments to Unsecured Credit Card Holders | $15,823.57 | $615.68 |
| 000014 | Citibank (South Dakota) Na Payments to Unsecured Credit Card Holders | $10,958.90 | $426.40 |
| 000015 | Citibank (South Dakota) Na Payments to Unsecured Credit Card Holders | $8,756.26 | $340.70 |
| 000016 | Citibank (South Dakota) Na Payments to Unsecured Credit Card Holders | $9,627.16 | $374.58 |
| 000017 | Citibank (South Dakota) Na Payments to Unsecured Credit Card Holders | $16,065.36 | $625.08 |
| 000001 | Discover Bank | $16,148.98 | $628.34 |

| | | | |
|---|---|---:|---:|
| | Payments to Unsecured Credit Card Holders | | |
| 000002 | Discover Bank | $3,888.56 | $151.30 |
| | Payments to Unsecured Credit Card Holders | | |
| 000010 | Great Seneca/Chase/Cc | $12,988.61 | $505.37 |
| | Payments to Unsecured Credit Card Holders | | |
| 000009 | Mbna America Bank Na | $7,964.68 | $309.90 |
| | Payments to Unsecured Credit Card Holders | | |
| 000011 | Mbna America Bank Na | $28,001.19 | $1,089.49 |
| | Payments to Unsecured Credit Card Holders | | |
| | Mbna America Bank Na | $7,537.69 | $293.28 |
| | Payments to Unsecured Credit Card Holders | | |
| | Mbna America Bank Na | $14,583.04 | $567.41 |
| | Payments to Unsecured Credit Card Holders | | |
| 000012 | Recovery Management Systems Corpora | $94.89 | $3.69 |
| | Payments to Unsecured Credit Card Holders | | |
| 000013 | Recovery Management Systems Corpora | $209.66 | $8.16 |
| | Payments to Unsecured Credit Card Holders | | |
| | **CLASS TOTALS** | **$209,148.58** | **$8,137.72** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  July 2, 2008 _____