COHEN & KROL
105 West Madison Street
Suite 1100
Chicago IL 60602


Invoice submitted to:
TACETTIN & KAREN URAY
Gina B. Krol, Chapter 7 Trustee
05 B 06420
Judge John H. Squires


November 6, 2007

Invoice #11856

    Professional services

|  |  | Hours | Amount |
|---|---|---:|---:|
| **AUTOMATIC STAY** | | | |
| 4/1/05 GBK | AUTOMATIC STAY<br>Review Motion of Charter One Bank to Modify Stay | 0.30 | 99.00 |
| 4/8/05 GBK | AUTOMATIC STAY<br>Court appearance for hearing on Motion of Charter One Bank to Modify Stay. Hearing cont'd to 4/29/05, after 341 meeting | 0.50 | 165.00 |
| 4/29/05 GBK | AUTOMATIC STAY<br>Court appearance for cont'd hearing on Motion of Charter One Bank to Modify Stay. Trustee/Debtor given time to respond. Cont'd to 6/17 | 0.50 | 165.00 |
| 5/13/05 GBK | AUTOMATIC STAY<br>Review Debtor's Response to Motion of Charter One to Modify Stay | 0.35 | 115.50 |

```
TACETTIN & KAREN URAY                                            Page    2

                                                     Hours       Amount

 5/27/05 GBK AUTOMATIC STAY                           0.35        115.50
             Review Charter One's reply to
             Debtor's response to Motion to
             Modify Stay

 6/17/05 GBK AUTOMATIC STAY                           0.65        214.50
             Court appearance for final
             hearing on Motion of Charter One
             Bank to Modify Stay. Order entered

             SUBTOTAL:                             [  2.65        874.50]

         OBJECTION-DISCH

 5/6/05  GBK OBJECTION-DISCH                          0.50        165.00
             Prepare Trustee's Motion to
             Extend Time to File Objections to
             Discharge

 5/13/05 GBK OBJECTION-DISCH                          0.30         99.00
             Court apperance for hearing on
             Trustee's Motion to Extend Time
             to File Objections to Discharge.
             Preapre proposed order

             SUBTOTAL:                             [  0.80        264.00]

         PROF EMPLOYMENT

 5/6/05  GBK PROF EMPLOYMENT                          0.50        165.00
             Prepare Trustee's Motion to
             Employ Attorneys for Trustee.
             Prepare required affidavit of
             disinterestedness

 5/13/05 GBK PROF EMPLOYMENT                          0.30         99.00
             Court apperance for hearing on
             Trustee's Motion to Employ Attys
             for Trustee. Preapre proposed
             order
```

TACETTIN & KAREN URAY                                              Page    3

|  | Hours | Amount |
|---|---|---|
| SUBTOTAL: | [  0.80 | 264.00] |

SCHED.-PETITION

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/12/05 | GBK | SCHED.-PETITION<br>Review corresponded from Debtor's attorney agreeing to forego exemption on tax refund in return for Trustee not pursuing household goods. | 0.30 | 99.00 |
| 5/23/05 | GBK | SCHED.-PETITION<br>Review Debtor's amended Schedule B and C, adjusting the value of Debtor's household goods and not claiming tax refund as exempt | 0.50 | 165.00 |
| | | SUBTOTAL: | [  0.80 | 264.00] |
| | | For professional services rendered | 5.05 | $1,666.50 |

Additional charges:

|  | Qty |  |
|---|---|---|

PHOTOCOPIES

| | | | Qty | Amount |
|---|---|---|---|---|
| 5/3/05 | | PHOTOCOPIES<br>Copies of Trustee's Motions to Employ Attorneys and To Extend Time for Filing Objections to Discharge | 91 | 9.10 |
| | | SUBTOTAL: | | [   9.10] |

```
TACETTIN & KAREN URAY                                    Page    4

                                              Qty         Amount

          POSTAGE

5/3/05    POSTAGE                              4           3.32
          Mailing Trustee's Motions to Employ
          Attorneys and To Extend Time for
          Filing Objections to Discharge


          SUBTOTAL:                                    [   3.32]


          Total costs                                     $12.42


          Total amount of this bill                    $1,678.92


          Balance due                                  $1,678.92
```