UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| URAY, TACETTIN M | ) | Case No. 05-06420-SQU |
| URAY, KAREN A | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DuPage County Courthouse, 505 North County Farm Rd., Courtroom 4016, Wheaton, IL 60187

    On: **September 12, 2008**   Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $11,769.66 |
    | Disbursements | $26.05 |
    | Net Cash Available for Distribution | $11,743.61 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $1,926.97 | $0.00 |
    | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $1,666.50 | $12.42 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None
6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

7. Claims of general unsecured creditors totaling $209,148.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.8900% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Mbna America Bank Na | $7,537.69 | $293.28 |
| | Mbna America Bank Na | $14,583.04 | $567.41 |
| 000001 | Discover Bank | $16,148.98 | $628.34 |
| 000002 | Discover Bank | $3,888.56 | $151.30 |
| 000003 | Chase Bankusa,na | $10,271.22 | $399.64 |
| 000004 | Chase Bankusa,na | $14,343.81 | $558.10 |
| 000005 | Chase Bankusa,na | $15,823.57 | $615.68 |
| 000006 | Bank Of America Na (Usa) | $2,136.59 | $83.13 |
| 000007 | Bank Of America Na (Usa) | $13,035.87 | $507.21 |
| 000008 | Bank Of America Na (Usa) | $16,712.54 | $650.26 |
| 000009 | Mbna America Bank Na | $7,964.68 | $309.90 |
| 000010 | Great Seneca/Chase/Cc | $12,988.61 | $505.37 |
| 000011 | Mbna America Bank Na | $28,001.19 | $1,089.49 |
| 000012 | Recovery Management Systems Corpora | $94.89 | $3.69 |
| 000013 | Recovery Management Systems Corpora | $209.66 | $8.16 |
| 000014 | Citibank (South Dakota) Na | $10,958.90 | $426.40 |
| 000015 | Citibank (South Dakota) Na | $8,756.26 | $340.70 |
| 000016 | Citibank (South Dakota) Na | $9,627.16 | $374.58 |
| 000017 | Citibank (South Dakota) Na | $16,065.36 | $625.08 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Estate | 600,000.00 |
| Bank Accounts | 500.00 |
| Household Goods | 2,000.00 |
| Clothing | 900.00 |
| Life Insurance | 0.00 |
| 2004 Saturn Vue | 11,575.00 |
| 1999 Toyota Land Cruiser | 16,690.00 |

Dated: **August 6, 2008**  For the Court,

By: **KENNETH S. GARDNER**
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Trustee: Gina B. Krol
Address: 105 West Madison Street
Suite 1100
Chicago, IL 60602-0000
Phone No.: (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2             Date Rcvd: Aug 06, 2008
Case: 05-06420                Form ID: pdf002             Total Served: 50

The following entities were served by first class mail on Aug 08, 2008.
db           +Tacettin M Uray,    2323 Brookwood Ct,    Aurora, IL 60502-9378
jdb          +Karen A Uray,    2323 Brookwood Ct,    Aurora, IL 60502-9378
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty          +David Chang,    Chang & Carlin, LLP,    1305 Remington Road,    Suite C,    Schaumburg, IL 60173-4820
aty          +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    P.O. Box 254,    Wood Dale, IL 60191-0254
aty           Marc C Scheinbaum,    Scheinbaum & West, LLC,    P. O. Box 5009,    Vernon Hills, IL  60061-5009
aty          +Peter C Bastianen,    Codilis and Associates,    15W030 N. Frontage Rd.,    Suite 100,
               Burr Ridge, IL 60527-6921
tr           +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
8975254       Alliance One,    PO Box 3101,    Southeastern, PA 19398-3101
8975255      +Baker, Miller, Markoff & krasny,    11 S. LaSalle 19th Fl,    Chicago, IL 60603-1203
8975257      +Bank One,    P.O. Box 15153,    Wilmington, DE 19886-5153
8975256       Bank of America,    Box 53132,    Phoenix, AZ 85072-3132
9580006       Bank of America NA (USA),    PO Box 2278,    Norfolk, VA 23501-2278
8975258      +BankOne,    PO Box 8650,    Wilmington, DE 19899-8650
8975259      +Blatt, Hasenmiller, Leibsker, Moore,    125 South Wacker Dr.,    Suite 400,
               Chicago, IL 60606-4440
8975260      +Capital One Bank,    P. O. Box 26030,    Richmond, VA 23260-6030
8975261      +Charter One,    1215 Superior Ave.,    Cleveland, OH 44114-3299
9553381      +Chase BankUSA,NA,    c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,
               Seattle, WA 98121-2339
8975262      +Chase Manhattan Bank,    P.O. Box 52195,    Phoenix, AZ 85072-2195
8975263       Chase Manhatten Bank,    PO Box 15130,    Wilmington, DE 19850-5130
8975264      +Citi Cards,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
8975265      +CitiBank (S Dakota) NA,    PO Box 9025,    Des Moines, IA 50368-9025
8975266      +CitiBank (S Dakota) NA Mastercard,    PO Box 9025,    Des Moines, IA 50368-9025
9810533       Citibank (South Dakota) NA,    Citibank/CHOICE,    Exception Payment Processing,    PO Box 6305,
               The Lakes, NV 88901-6305
8975267      +Collectcorp Corporation,    300 International Drive,    Suite 100,    Williamsville, NY 14221-5783
8975253      +David Chang,    Macey & Chern,    444 N. Wells, Ste. 301,    Chicago, IL 60610-4593
8975270      +Fleet Credit Card Services,    PO Box 961,    Horsham, PA 19044-0961
8975271      +Friedman & Wexler LLC,    500 w Madison,    Suite # 2910,    Chicago, IL 60661-4571
8975272       GMAC,    PO Box 51014,    Carol Stream, IL 60125-1014
9641278      +Great Seneca/Chase/CC,    Wolpoff & Abramson LLP,    Two Irvington Centre,    702 King Farm Blvd,
               Rockville, MD 20850-5774
8975274      +Litton Loan Servicing Center,    5373 W. Alabama, Ste. 600,    Houston, TX 77056-5998
9632961      +MBNA America BANK NA,    PO Box 15168,    MS 1423,    Wilmington, DE 19850-5168
8975276      +MBNA/ Visa,    P.O. Box 15026,    Wilmington, DE 19850-5026
8975277      +MBNA/Mastercard,    Box 15453,    Wilmington, DE 19886-5453
8975275      +Mann Bracken, LLC,    One Paces West,    Suite 1400,    Atlanta, GA 30327-2734
8975278      +MidAmerica,    2901 Butterfield Rd,    Oak Brook, IL 60523-1106
8975279      +Philips and Cohen Associates,    695 Rancocas Rd,    Mount Holly, NJ 08060-5626
8975280      +Stanley Weinberg & Associates,    P.O. Box 3352,    Glen Ellyn, IL 60138-3352
8975281      +Sunset Lake,    806 Greenwood,    Evanston, IL 60201-4312
8975252      +Tacettin M Uray,    Karen A Uray,    2323 Brookwood Ct,    Aurora, IL 60502-9378
8975283       Wolpoff & Abramson, LLP,    702 King Farm Road,    Rockville, MD 20850-5775
8975282      +volvo,    1700 jay ell drive,    Richardson, TX 75081-1870
The following entities were served by electronic transmission on Aug 07, 2008.
8975269       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2008 05:16:38      Discover,    Box 15316,
               Wilmington, DE 19850
8975268       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2008 05:16:38      Discover,    PO Box 30395,
               Salt Lake City, UT 84130
9451181      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 07 2008 05:16:38      Discover Bank,
               Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
8975273      +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2008 04:05:32      Home Depot,    PO Box 105981,
               Dept. 51,    Atlanta, GA 30353-5981
9725251      +E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2008 04:06:08
               Recovery Management Systems Corporation,    For GE Money Bank,    dba MOBIL,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
9725250      +E-mail/PDF: rmscedi@recoverycorp.com Aug 07 2008 04:06:12
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7               Page 2 of 2              Date Rcvd: Aug 06, 2008
Case: 05-06420                Form ID: pdf002           Total Served: 50
```

     ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2008**                              **Signature:** _Joseph Speetjens_