IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **TACETTIN M. URAY,** | ) | |
| **KAREN A. URAY,** | ) | No. 05 B 06420 |
| | ) | |
| Debtor(s). | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO THE HONORABLE **JOHN H. SQUIRES,**
   BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

   All checks have been cashed. Form 2 is attached as Exhibit "B", and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

March 31, 2009

/s/ GINA B. KROL
GINA B. KROL, Trustee

GINA B. KROL
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602
312/368-0300